IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-HC-2025-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| SCOTT KEVIN COMBE, | ) | |
| Respondent. | ) | |

This matter is before the court on respondent's September 11, 2007, motion to dismiss the petition against him. (D.E. # 11) The motion was filed prior to the Supreme Court's opinion in United States v. Comstock, ___ U.S. ___, 130 S. Ct. 1949 (2010), and on June 22, 2010, respondent filed a second motion to dismiss (D.E. # 23) incorporating the current case law, as well as, a motion for hearing on the merits of his case pursuant to 18 U.S.C. § 4248 (D.E. # 24). The September 11, 2007, motion to dismiss is DENIED AS MOOT and without prejudice.

SO ORDERED, this 19 day of August 2010.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE