IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:06-HC-2219-BO

UNITED STATES OF AMERICA, )
        Petitioner, )
)
v. ) **Judgment in a Civil Case**
)
DONALD BRONCHEAU, )
        Respondent )

No. 5:07-HC-2101-BO

UNITED STATES OF AMERICA, )
        Petitioner, )
)
v. )
)
JEFFREY NEUHAUSER, )
        Respondent )

No. 5:07-HC-2148-BO

UNITED STATES OF AMERICA, )
        Petitioner, )
)
v. )
)
JERRY T. ROGERS, )
        Respondent )

No. 5:07-HC-2166-BO

UNITED STATES OF AMERICA, )
        Petitioner, )
)
v. )
)
DAVID H. TOBEY, )
        Respondent )

No. 5:07-HC-2025-BO

UNITED STATES OF AMERICA, )
         Petitioner, )
          )
    v. )
          )
SCOTT KEVIN COMBE, )
         Respondent )

No. 5:07-HC-2185-BO

UNITED STATES OF AMERICA, )
         Petitioner, )
          )
    v. )
          )
MATHIAS THOMAS KOPP, )
         Respondent )

No. 5:07-HC-2206-BO

UNITED STATES OF AMERICA, )
         Petitioner, )
          )
    v. )
          )
EDWARD DAVID ERWIN, )
         Respondent )

No. 5:08-HC-2037-BO

UNITED STATES OF AMERICA, )
         Petitioner, )
          )
    v. )
          )
PATRICK CAPORALE, )
         Respondent )

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| SCOTT KEVIN MCGREEVY, | ) |
| Respondent | ) |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the respondents' motions to dismiss.

**IT IS ORDERED AND ADJUDGED** that respondents' motions to dismiss are granted and that respondents be released within thirty days to begin their terms of supervised release.

<u>This Judgment Filed and Entered on October 29, 2010, with service on:</u>

Michael D. Bredenberg, R.A. Renfer, Jr. Edward D. Gray and Michael E. Lockridge
 (via CM/ECF Notice of Electronic Filing)

Thomas P. McNamara, Edwin C. Walker, Jane E. Pearce, Joseph L. Ross, II, Suzanne Little and Samuel A. Forehand
 (via CM/ECF Notice of Electronic Filing)

October 29, 2010     /s/ Dennis P. Iavarone
                     Clerk

Raleigh, North Carolina